### In re OPPENHEIM.

(Supreme Court, Appellate Division, First Department. February 7, 1913.)

ATTORNEY AND CLIENT (§ 61*)—DISBARMENT—REINSTATEMENT.

Where the referee, on petition by an attorney for a rehearing of the application to disbar him and for his reinstatement, found that the attorney was not guilty of the charges on which he was disbarred, and the representative of the Bar Association appearing before the referee approved his report, the court will reinstate the attorney.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. § 84; Dec. Dig. § 61.*]

In the matter of the application of Benjamin Oppenheim, an Attorney, for a rehearing of the application to disbar him, and for his reinstatement. Reinstatement ordered.

See, also, 146 App. Div. 775, 131 N. Y. Supp. 423.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGH-
LIN, CLARKE, and SCOTT, JJ.

INGRAHAM, P. J. This proceeding came before the court on the
petition of the respondent for a rehearing of the application to disbar
him and for his reinstatement. The opinion of this court in the orig-
inal disbarment proceeding (58 App. Div. 510, 69 N. Y. Supp. 524)
contains a full statement of the facts. The matter was referred to the
official referee, who has reported in favor of the application, and that
the respondent should be reinstated.

The facts that have developed since the original application was
heard are fully set forth in the report of the referee, and it is quite
evident that the witnesses before the referee in the original proceed-
ing are thoroughly discredited, and that a finding based upon their
evidence should not be allowed to stand; and as the referee is now
satisfied that, as an original proposition, the respondent was not guilty
of the charges upon which he was disbarred, and as the representative
of the Bar Association, who appeared before the referee, has approved
the report of the referee, I think that we should, on his report, rein-
state the respondent as an attorney and counselor at law.

It is so ordered. All concur.